IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CERTA PROPAINTERS, LTD. | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| GORDON KOHL | : | NO. 08-5895 |

**O R D E R**

      AND NOW, this 29th day of May, 2009, upon notification by counsel that the above-captioned matter has been settled, it is hereby ORDERED that the matter is marked SETTLED and CLOSED for statistical purposes.

      The court specifically retains jurisdiction to enforce the terms of the Settlement Agreement.

BY THE COURT:

*/s/ Carol Sandra Moore Wells*
CAROL SANDRA MOORE WELLS
UNITED STATES MAGISTRATE JUDGE